**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ARTHUR K. CUNNINGHAM, SB# 97506
  E-Mail: Arthur.Cunningham@lewisbrisbois.com
STEPHANIE J. TANADA, SB# 257769
  E-Mail: Stephanie.Tanada@lewisbrisbois.com
650 East Hospitality Lane, Suite 600
San Bernardino, California 92408
Telephone: 909.387.1130
Facsimile: 909.387.1138

Attorneys for Defendants
COUNTY OF RIVERSIDE, SHERIFF STAN SNIFF, CAPTAIN DAVID KONDRIT and SERGEANT KEVIN GEMENDE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| THOMAS BODNAR,<br><br>    Plaintiff,<br><br>  vs.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>    Defendants. | CASE NO. 5:17-CV-01463-DSF (PLA)<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE**<br><br>Trial Date:   None Set |

GOOD CAUSE APPEARING AND THE PARTIES HAVING STIPULATED THERETO, IT IS ORDERED, ADJUDGED AND DECREED:

1. The Complaint, in its entirety and as to each and every claim for relief and any and all defendants, is dismissed with prejudice.

2. The settlement is further memorialized in a written settlement agreement and release.

3. The parties shall bear their own costs, expenses and attorneys' fees arising out of and/or connected with this matter, including any such fees or expenses potentially recoverable under 42 U.S.C. Sec. 1988.

4849-1901-4051.1

4. This Order is the result of a compromise of disputed claim. It is not to be considered as an admission of liability and/or responsibility with regard to the incident, occurrence, casualty or event referenced in the pleadings herein.

5. The Court shall retain jurisdiction for the purpose of enforcement of the terms of the settlement agreement between the parties.

IT IS SO RECOMMENDED:

DATED: September 20, 2019

By: *(signed)* Paul L. Abrams
Hon. Paul L. Abrams
United States Magistrate Judge

IT IS SO ORDERED, ADJUDGED AND DECREED.

DATED: September 20, 2019

*(signed)* Dale S. Fischer
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

LEWIS
BRISBOIS